IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LINDA J. JENSEN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:04CV85** |
| vs. | ) | |
| | ) | **ORDER** |
| **IMAGINISTICS INTERNATIONAL INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the parties' Stipulation for Re-Scheduling of Pre-Trial Conference (Filing No. 51). The court adopts the parties' stipulation. The pretrial conference previously set for June 20, 2005 is cancelled and is **rescheduled for June 30, 2005, at 11:00 a.m.** before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

DATED this 24th day of May, 2005.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge