IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA J. JENSEN, | ) | |
| | ) | 8:04CV85 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IMAGISTICS INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The court held a pretrial conference with counsel on June 30, 2005. The parties requested additional time for the final pretrial conference in order to adjust the issues and witnesses reflected in the final pretrial order. The request was granted. The parties shall attend a final pretrial conference with the undersigned magistrate judge on **July 8, 2005, at 11:00 a.m.** in chambers, Suite 2271, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

The parties requested additional time to respond to pending motions in limine. The request was granted. The plaintiff shall have to **on or before July 15, 2005**, in which to file a response to the defendant's pending motions in limine. The defendant shall have to **on or before July 20, 2005**, in which to file a reply.

**IT IS SO ORDERED.**

DATED this 1st day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge