## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA J. JENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04cv85 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| IMAGISTICS INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's oral motion to extend time within which to file the parties' joint stipulation for dismissal. Upon consideration,

**IT IS ORDERED:**

1. The defendant's oral motion to extend time is granted as set forth below.

2. The parties have until **on or before August 19, 2005** within which to file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 11th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge