IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA J. JENSEN, | ) | CASE NO. 8:04CV85 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| IMAGISTICS INTERNATIONAL, INC., | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendant. | ) | |

This matter comes before the Court upon the Joint Stipulation for Dismissal With Prejudice of the parties for dismissal of the above-captioned matter. The Court, being fully advised in the premises, finds that such an Order should be granted.

IT IS THEREFORE ORDERED that this matter should be, and the same hereby is, dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated this 16th day of August, 2005.

BY THE COURT:

   /s Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

Prepared and submitted by:

Robert L. Lepp, #15711
McGILL, GOTSDINER, WORKMAN
       & LEPP, P.C., L.L.O.
11404 West Dodge Road, Suite 500
Omaha, NE 68154
(402) 492-9200
ATTORNEYS FOR DEFENDANT